**GREENBRIAR SHOPPING CENTER, INC., Plaintiff-Appellee,**

v.

**LORNE COMPANY, Inc., Defendant-
Third Party Plaintiff-Appellant,**

v.

**TEXAS PACIFIC INDEMNITY COMPANY, Third-Party Defendant-Appellee.**

**No. 27792.**

United States Court of Appeals,
Fifth Circuit.

March 19, 1970.

John D. Jones, C. Richard McQueen, Greene, Buckley, DeRieux & Jones, Atlanta, Ga., for appellant.

Gregg Loomis, Ben L. Weinberg, Jr., Sidney F. Wheeler, Long, Weinberg & Ansley, Atlanta, Ga., for appellees.

Before WISDOM, COLEMAN, and MORGAN, Circuit Judges.

PER CURIAM:

The construction of a sewer line caused the collapse of a building. Which of two insurance companies shall bear the loss?

---

* Hon. James A. von der Heydt, United States District Judge for the District of Alaska, sitting by designation.

That is the ultimate issue in this litigation.

We adopt the opinion of the District Court, 310 F.Supp. 303 (N.D., Ga., 1969), and affirm the judgment rendered below.

Affirmed.